UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number 10-31492 GMB

Debtor: Mark R. & MaryAnne P. Tucci

| Check Number | Creditor | Amount |
|---|---|---|
| 1734677 | Select Portfolio Servicing, Inc. | 4761.67 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 13, 2011