UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:  Case Number 10-31492 GMB

Debtor: Mark R. & MaryAnne P. Tucci

| Check Number | Creditor | Amount |
|---|---|---|
| 1741035 | Select Portfolio Servicing, Inc. | 1629.58 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 8, 2011